RECEIVED

SEP 0 4 2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALEXANDER,<br><br>  Plaintiff,<br><br>  vs.<br><br>U.S. DEPT. OF AFFAIRS,<br><br>  Defendant. | Case Number: 13-CV-02984 PSG<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

Dated: 09/05/13

_Paul S. Grewal_
United States Magistrate Judge