**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALEXANDER,<br><br>              Plaintiff,<br>     v.<br><br>UNITED STATES DEPARTMENT OF VETERANS' AFFAIRS,<br><br>              Defendant. | Case No.: 13-2984 PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 11)** |

On October 1, 2013, both Plaintiff Robert Alexander ("Plaintiff") and Defendant United States Department of Veterans' Affairs ("Defendant") failed to appear at the case management conference. Accordingly, Plaintiff is ordered to file a letter on the docket by November 1, 2013 to show cause why the case should not be dismissed for failure to prosecute.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED

Dated: October 2, 2013

                                                                  _____
                                                                  PAUL S. GREWAL
                                                                  United States Magistrate Judge